UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **LEONEL BENITEZ JARAMILLO** | **CIVIL DOCKET NO. 1:26-cv-00029** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **ANGEL WOLFE, ET AL** | **MAGISTRATE JUDGE MARK L. HORNSBY** |

**ORDER**

Before the Court is a MOTION FOR TEMPORARY RESTRAINING ORDER (the "Motion") filed by the Petitioner, Leonel Benitez Jaramillo (hereinafter, "Petitioner"). [Doc. 2]. Because the preliminary relief sought—a court-ordered bond hearing—mirrors the ultimate relief sought in the habeas Petition [Doc. 1], and because the arguments are the same, the Motion is DENIED.

Accordingly,

The case will proceed in due course as a petition for habeas relief.

THUS, DONE AND SIGNED in Chambers on this 6th day of January 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE